| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF ARKANSAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **3RP Recycling, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Three River Plastics** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-0394459** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**515 Ash Street**<br>**Mc Gehee, AR 71654**<br>Number, Street, City, State & ZIP Code<br><br>**Desha**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://3riversplastics.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

| Debtor | 3RP Recycling, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3261__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **3RP Recycling, LLC**                                           Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                 ☐ 1,000-5,000           ☐ 25,001-50,000
■ 50-99                ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

| Debtor | **3RP Recycling, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **3RP Recycling, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 7, 2025**
MM / DD / YYYY

**X  /s/ Nathan Bailey**                                  **Nathan Bailey**
Signature of authorized representative of debtor         Printed name

Title  **Member**

**18. Signature of attorney**

**X  /s/ Kevin P. Keech**                                Date **February 7, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**Kevin P. Keech 98147**
Printed name

**Keech Law Firm, PA**
Firm name

**POB 194**
**Amity, AR 71921**
Number, Street, City, State & ZIP Code

Contact phone  **501 221 3200**    Email address  **kkeech@keechlawfirm.com**

**98147 AR**
Bar number and State

Fill in this information to identify the case:

Debtor name: **3RP Recycling, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF ARKANSAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3RP Trucking LLC**<br>**515 E ASH STREET**<br>**MCGEHEE, AR 71654** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$59,810.16** |
| **AIM Intergrated Logistics**<br>**1500 Trumbull Ave**<br>**Girard, OH 44420** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$69,474.43** |
| **Altium Packaging**<br>**1819 W Harry St**<br>**Wichita, KS 67213** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$53,591.34** |
| **Consolidated Elec**<br>**PO Box 459**<br>**MCGEHEE, AR 71654** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$56,254.07** |
| **Control Systems and Equipment, Inc.**<br>**20241 Interstate 30 South**<br>**BENTON, AR 72015** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$8,275.00** |
| **Entergy Arkansas, Inc.**<br>**9 Entergy Court**<br>**Little Rock, AR 72211** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$70,661.81** |
| **Entergy Arkansas, Inc.**<br>**9 Entergy Court**<br>**Little Rock, AR 72211** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$33,896.13** |
| **Enterprise Financial Solutions**<br>**d/b/a Enterprise Financial Grp**<br>**1818 N. Taylor Street #354**<br>**Little Rock, AR 72207** | | **Factory Equipment** | | **$5,017,139.19** | **$750,000.00** | **$4,267,139.19** |

| Debtor | 3RP Recycling, LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Erema North America, Inc** 23B Old Right Road Ipswic, MA 01938 | | | **Contingent Unliquidated Disputed** | | | $14,165.23 |
| **Fedex** PO BOX 10306 Palatine, IL 60055 | | | **Contingent Unliquidated Disputed** | | | $12,609.65 |
| **FIRST Insurance Funding** PO Box 7000 Carol Stream, IL 60197 | | | **Contingent Unliquidated Disputed** | | | $14,831.06 |
| **Hugg & Hall Equipment Company** PO Box 194110 Little Rock, AR 72219 | | | **Contingent Unliquidated Disputed** | | | $35,322.82 |
| **Industrial Air Purification, Inc.** 580 Technology Dr. Sparta, TN 38583 | | | **Contingent Unliquidated Disputed** | | | $21,502.79 |
| **KCH Transportation** 1208 King St Suite 320 Chattanooga, TN 37403 | | | **Contingent Unliquidated Disputed** | | | $38,425.53 |
| **McQueen** P.O. Box 326 DERMOTT, AR 71638 | | | **Contingent Unliquidated Disputed** | | | $39,231.00 |
| **OEC Group** 11960 Westline Industrial DR Suite 350 Saint Louis, MO 63146 | | | **Contingent Unliquidated Disputed** | | | $21,645.00 |
| **PNC Equipment** 655 Business Center Dr Suite 250 Horsham, PA 19044 | | | **Contingent Unliquidated Disputed** | | | $8,274.32 |
| **Ravago** 1900 Summit Tower Blvd. Suite 900 Orlando, FL 32810 | | | **Contingent Unliquidated Disputed** | | | $8,404.20 |

Debtor **3RP Recycling, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Siemens Industry Inc.**  **100 Technology Drive**  **Alpharetta, GA 30005** | | | **Contingent Unliquidated Disputed** | | | **$8,462.19** |
| **Watco Supply Chain Services**  **PO BOX 959247**  **St.Louis, MO 63195** | | | **Contingent Unliquidated Disputed** | | | **$11,017.82** |

```
3RP Trucking LLC
515 E ASH STREET
MCGEHEE, AR 71654


A.R.M Solutions
P.O Box 2929
Camarillo, CA 93011


Abbott Supply
P.O. Box 170
3106 HWY 65 N
McGehee, AR 71654


AIM Intergrated Logistics
1500 Trumbull Ave
Girard, OH 44420


Altium Packaging
1819 W Harry St
Wichita, KS 67213


American Industrial Products LLC
PO. BOX 630361
HOUSTON, TX 77263


Arkansas Blue Cross Blue Shield
P.O. Box 954175
St. Louis, MO 63195


Arkansas Dept of Fin & Admin
DFA, Revenue Legal Counsel
P.O. Box 1272
Room 2380
Little Rock, AR 72203-1272


Automation24
3600 Horizon Drive
Suite 110
King Of Prussia, PA 19406


Axle Logistics
835 N. Central Street
Knoxville, TN 37917
```

```
Barneys Tire
1400 US-65
MCGEHEE, AR 71654


Belt Pro Sales and Service Inc
PO Box 673
Crossett, AR 71635


Biehl & Biehl, INC
P.O Box 87410
Carol Stream, IL 60188


Canusa Hershman Recycling Company
45 NORTHEAST INDUSTRIAL ROAD
BRANFORD, CT 06405


Chris Cox
1237 Garnett Rd
Monticello, AR 71655


Consolidated Elec
PO Box 459
MCGEHEE, AR 71654


Control Systems and Equipment, Inc.
20241 Interstate 30 South
BENTON, AR 72015


Crow Burlingame
1003 US-65
MCGEHEE, AR 71654


Department of the Treasury
Ogden, UT 84201


Desha County Tax Collector
P.O Box 428
ARKANSAS CITY, AR 71630


Eagle Electric, INC
PO Box 488
Benton, AR 72018
```

Edge Industrial Tech
5 Braco International BLVD
Wilder, KY 41076


Entergy Arkansas, Inc.
9 Entergy Court
Little Rock, AR 72211


Enterprise Financial Solutions
d/b/a Enterprise Financial Grp
1818 N. Taylor Street #354
Little Rock, AR 72207


Epax Systems Inc
14641 Arminta St
Panorama City, CA 91402


Erema North America, Inc
23B Old Right Road
Ipswic, MA 01938


Fedex
PO BOX 10306
Palatine, IL 60055


FIRST Insurance Funding
PO Box 7000
Carol Stream, IL 60197


Fisher Brown Bottrell Insurance
PO Box 22505
Jackson, MS 39225


Geoffrey Treece
QuattlebaumGrooms
111 Center Street, Ste 1900
Little Rock, AR 72201


Hampton Pugh
P.O. BOX 121
MCGEHEE, AR 71654


Herbold Meckesheim USA
130 Industrial DR
N. Smithfield, RI 02896

```
Hugg & Hall Equipment Company
PO Box 194110
Little Rock, AR 72219


Industrial Air Purification, Inc.
580 Technology Dr.
Sparta, TN 38583


IPFS Corporation
P.O Box 412086
Kansas City, MO 64141


JB Hunt
P.O Box 847977
Dallas, TX 75284


John Deere Financial
PO BOX 6600
Johnston, IA 50131


Kaeser Compressors
PO Box 946
Fredericksburg, VA 22404


KCH Transportation
1208 King St
Suite 320
Chattanooga, TN 37403


Keller and Heckman LLP
1001 G Street, N.Ww
Suite 500 West
Washington, DC 20001


Kimball Midwest
DEPT. L-2780
Columbus, OH 43260


Langston Companies
P.O Box 60
Memphis, TN 38101


Malcolm Massey
Receiver - 21ACV-24-97
```

```
Marck Industires, INC.
715 Main Street
Cassville, MO 65625


McGehee Auto Parts
307 South 1st
MCGEHEE, AR 71654


McGehee Lumber Inc.
PO Box 723
MCGEHEE, AR 71654


McQueen
P.O. Box 326
DERMOTT, AR 71638


Melee Holdings LLC
1818 N. Taylor
#354
Little Rock, AR 72207


Midsouth Electric
3021 Hwy 82 West
PO Box 4719
Greenville, MS 38704


Miller Tire
17386 State Highway 2
Wauseon, OH 43567


Mizell Heating & Air INC
200 N Main St
DUMAS, AR 71639


Mosley Manufacturing & Machine Works
P.O Box 4922
Greenville, MS 38704


Nathan Bailey
287 Crawford Crossing
Mc Gehee, AR 71654


Nichols Specialty Supply Co
PO BOX 1121
Greenville, MS 38701
```

O'Reilly  
PO Box 9464  
Springfield, MO 65801

OEC Group  
11960 Westline Industrial DR  
Suite 350  
Saint Louis, MO 63146

PNC Equipment  
655 Business Center Dr  
Suite 250  
Horsham, PA 19044

Pollution Management,Inc  
3512 S. Shackleford Rd  
Little Rock, AR 72205

Preferred Plastics Recycling  
P.O.BOX 328  
Gainesville, GA 30503

PVF Industrial Supply, INC  
4400 W 65th Street  
Little Rock, AR 72209

Ravago  
1900 Summit Tower Blvd.  
Suite 900  
Orlando, FL 32810

Relax Inn  
1004 US-65  
McGehee, AR 71654

RLI Insurance Company Retail  
PO Box 779030  
Chicago, IL 60677

Ruction Holdings LLC  
1230 W 4th  
Little Rock, AR 72201

Schrantz Law Firm, PLLC
1000 East Matthews
Suite C
Jonesboro, AR 72401


Scott Petroleum
102 Main Street
Itta Bena, MS 38941


Siemens Industry Inc.
100 Technology Drive
Alpharetta, GA 30005


South Arkansas Business Solutions
3801 Camden Road Suite 23
PO Box 1066
Pine Bluff, AR 71613


Summit
P.O Box 2414
Fort Smith, AR 72902


SUZHOU ACMTECH MACHINERY
111 MIDDLE RENMIN ROAD
ZHANGJIAGANG CITY
CHINA


T&N Electric
4012 Neely Dr. S
Pine Bluff, AR 71603


Tomorrowmade LLC
3700 O'Donnell Street
Ste 200
Baltimore, MD 21224


United States Attorney
425 West Capitol, Suite 500
Little Rock, AR 72201


United States Attorney General
Robert F. Kennedy Building
950 Pennsylvania Avenue
Suite 5137
Washington, DC 20530

United States Treasury
Internal Revenue Service
P O Box 7317
Philadelphia, PA 19114


UPS
P.O.BOX 650116
DALLAS, TX 75265


VecoPlan
5708 Uvharrie Rd.
Archdale, NC 27263


Vyve
3213 Highway
25E Ste 1
Tazewell, TN 37879


Watco Supply Chain Services
PO BOX 959247
St.Louis, MO 63195


White Bag Company
P.O Box 15358
NLR, AR 72231


ZoomInfo Technologies LLC
805 Broadway St
Suite 900
Vancouver, WA 98660

# United States Bankruptcy Court
## Eastern District of Arkansas

In re **3RP Recycling, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **3RP Recycling, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 7, 2025**
Date

**/s/ Kevin P. Keech**
**Kevin P. Keech 98147**
Signature of Attorney or Litigant
Counsel for **3RP Recycling, LLC**
**Keech Law Firm, PA**
**POB 194**
**Amity, AR 71921**
**501 221 3200 Fax:501 221 3201**
**kkeech@keechlawfirm.com**